IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JHEN SCUTELLA,       )<br>            Plaintiff,    )<br>                                  )<br>      v.                          )<br>                                  )<br>ERIE COUNTY PRISON, et al,   )<br>            Defendants.   ) | C.A. No. 19-354 Erie<br><br>**District Judge Susan Paradise Baxter**<br>**Magistrate Judge Richard A. Lanzillo** |

## MEMORANDUM ORDER

Presently before the Court is Plaintiff's motion for immediate injunctive relief and/or motion for temporary restraining order [ECF No. 25]. In this motion, Plaintiff seeks an order directing Defendants to abide by a "sentencing order" issued by the Erie County Court of Common Pleas and to release him to a work release program, and to stop retaliating against him for his filing of grievances. Since the filing of this motion, the record reflects that Plaintiff has been released from incarceration [ECF Nos. 38, 39]. Thus, his request for injunctive relief is moot.

AND NOW, this 5thday of August, 2020;

IT IS HEREBY ORDERED that Plaintiff's motion for immediate injunctive relief and/or temporary restraining order [ECF No. 25] is DENIED.

SUSAN PARADISE BAXTER
United States District Judge

cc:     The Honorable Richard A. Lanzillo
        U.S. Magistrate Judge